IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ADRIAN MOON, | No. 2:15-CV-0027-MCE-CMK-P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JOE A. LIZARRAGA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 28, 2015, the magistrate judge filed Findings and Recommendations herein (ECF No. 26) which were served on the parties and which contained notice that the parties may file objections to the Findings and Recommendation within fourteen days. Plaintiff filed objections to the Findings and Recommendations. ECF No. 28.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The Findings and Recommendations filed September 28, 2015 (ECF No. 26) are ADOPTED IN FULL.

3 | 2. Plaintiff's motions for injunctive relief (Docs. 9 and 19) are DENIED.

IT IS SO ORDERED.

Dated: February 16, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT