IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ADRIAN MOON,** | 2:15-cv-00027 MCE CMK |
| Plaintiff, | **ORDER** |
| v. | |
| **JOE A. LIZARRAGA, et al.,** | |
| Defendant. | |

Good cause appearing, Defendant is relieved of his obligation to file a responsive pleading to Plaintiff's Complaint pending the Court's resolution of Defendant's motion to revoke Plaintiff's in forma pauperis privilege. In the event that Defendant's motion is denied, or if Plaintiff pays the filing fee in full, Defendant shall file a responsive pleading within thirty days of such date.

Dated: November 30, 2016

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1